**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000710
31-OCT-2022
01:25 PM
Dkt. 63 OCOR**

NO. CAAP-21-0000710

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF KH

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 18-00170)

ORDER OF CORRECTION
(By:  Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on September 15, 2022, is corrected as follows:

The case caption on the first page:

IN THE INTEREST OF KH-V

is corrected so that it reads:

IN THE INTEREST OF KH

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, October 31, 2022.

/s/ Clyde J. Wadsworth
Associate Judge

---

[1]     Leonard, Presiding Judge, and Hiraoka and Wadsworth, JJ.